UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-14059-CANNON/MAYNARD

UNITED STATES OF AMERICA,

v.

GODOFREDO REYES-MAITUS,

Defendant.
_____/

## STIPULATION OF FACTS AND ACKNOWLEDGMENT OF OFFENSE ELEMENTS IN SUPPORT OF GUILTY PLEA

I, **GODOFREDO REYES-MAITUS**, (hereafter Defendant) state that the facts set forth below are true and accurate and that the United States could prove these facts against me at trial. I am pleading guilty to the sole count of the Indictment in this case which count charges me with knowingly and unlawfully being found in the United States after having been previously deported and removed from the United States, without the express consent of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326(a). I am pleading guilty because I am in fact guilty of this charge.

## NATURE OF CHARGE TO WHICH I AM PLEADING GUILTY

I am aware of and understand the nature of the charge to which I am pleading guilty because I have discussed the charge and what the prosecutor must prove to convict me with my attorney.

I understand that the United States must prove the following facts or elements of the offense beyond a reasonable doubt:

1. That I was an alien at the time stated in the Indictment;

2. That I was deported or removed from the United States;

3. That after having been deported or removed from the United States, I was found to

be voluntarily back in the United States; and

4. That I did not have the consent of the Attorney General or the Secretary of Homeland Security of the United States to apply for readmission to the United States.

I further understand that an "alien" is a person who is not a natural-born or naturalized citizen, or a national of the United States.

## STIPULATED FACTS

5. I am a native and citizen of Mexico. I am not a natural-born or naturalized citizen, or a national of the United States.

6. I was previously ordered removed from the United States by Immigration officials, removed, and sent back to Mexico, on or about November 30, 2009, and September 22, 2016. When I was removed from the United States, in 2016, I was warned that it is a crime for an alien who has been removed from the United States to enter or be found in the United States without the Secretary of Homeland Security's or the Attorney General's express consent.

7. After I was sent back to Mexico in 2016, I illegally and voluntarily came back into the United States and was living in Southern Florida. I did not request permission or receive consent from the Attorney General or the Secretary of Homeland Security for the United States to come back into the United States.

8. On or about September 19, 2025, I was arrested for a state offense, and on September 20, 2025, I was subsequently discovered by immigration officials in Highlands County, in the Southern District of Florida.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 12/5/25

/s/ Christopher H. Hudock
CHRISTOPHER H. HUDOCK
ASSISTANT UNITED STATES ATTORNEY

Date: 11/20/2025

/s/ Renee Sihvola
RENEE MICHELLE SIHVOLA
ATTORNEY FOR DEFENDANT

Date: 11/20/2025

/s/
GODOFREDO REYES-MAITUS
DEFENDANT

I __Leo Mata__ hereby certify that this document has been translated to the defendant from English to __Spanish__.

Date: 11/20/2025   By: /s/ Leo Mata
SPANISH INTERPRETER

3